Daniel L. Wainwright, # 193486
McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
P.O. Box 28912
7647 N Fresno Street
Fresno, CA  93720
Telephone:   (559) 433-1300
Facsimile:    (559) 433-2300

(SPACE BELOW FOR FILING STAMP ONLY)

Attorneys for Defendant,
PAULA ABBISS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH NATION, SONJA NATION,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>PAULA ABBISS,<br><br>　　　　　Defendant. | Case No.  1:13-CV-01408-AWI-MJS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT; ORDER EXTENDING TIME TO RESPOND**<br><br>Complaint Filed:  August 30, 2013<br>Service on Defendant: December 26, 2013 |

### STIPULATION OF THE PARTIES

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, JEREMIAH NATION and SONJA NATION, and Defendant, PAULA ABBISS, by and through their respective counsel of record (i.e., Douglas Long, Esq. and Daniel L. Wainwright, Esq.), that Defendant shall be granted an extension of time in which to answer or otherwise respond to Plaintiffs' August 30, 2013 Complaint for Damages [Doc. No. 1] which was served on Defendant on December 26, 2013.

No prior continuances have been obtained in this case.

Pursuant to this Stipulation and Agreement and Local Rule 144(a), the parties hereby stipulate and agree that the time to Answer or otherwise respond to Plaintiffs' August 30, 2013 Complaint for Damages in this action is extended to **Friday, January 31, 2014**.

///

| | |
|---|---|
| Dated: December 31, 2013 | McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP |
| | |
| | By: /s/ *Daniel L. Wainwright* |
| | Daniel L. Wainwright |
| | Attorneys for Defendant, |
| | PAULA ABBISS |
| | |
| Dated: December 31, 2013 | LAW OFFICE OF DOUGLAS S. LONG |
| | |
| | By: /s/ *Douglas S. Long* |
| | Douglas S. Long |
| | Attorney for Plaintiffs |
| | JEREMIAH NATION and SONJA NATION |

### ORDER OF COURT

The Court having considered and reviewed the Stipulation of the Parties regarding the requested extension for additional time for Defendant's response to Plaintiffs Complaint for Damages and finding GOOD CAUSE for the same hereby makes the following ORDER:

Defendant, PAULA ABBISS, shall have an extension of time to respond to Plaintiffs' Complaint for Damages [Doc. No. 1] through **Friday, January 31, 2014**.

IT IS SO ORDERED.

Dated:   January 10, 2014          /s/ *Michael J. Seng*
                                   UNITED STATES MAGISTRATE JUDGE