UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIAH NATION, SONJA NATION,<br><br>             Plaintiffs,<br>   v.<br>PAULA ABBISS,<br><br>             Defendant. | CASE NO. 1:13-CV-1408 AWI MJS<br><br>ORDER VACATING MARCH 3, 2014 HEARING DATE AND TAKING PENDING MOTION TO DISMISS UNDER SUBMISSION |

    Defendant has noticed for hearing and decision a motion to dismiss this action. The matter was scheduled for an oral hearing to be held on March 3, 2014. Plaintiffs failed to file either an opposition or a notice of non-opposition 14 days before the hearing date. See Local Rule 230(c). As such, Plaintiffs are in violation of the Local Rules and not entitled to be heard at oral argument in opposition to the motion. See Local Rule 230(c). The Court has reviewed Defendant's motion and the applicable law and has determined that the motion is suitable for decision without oral argument. See Local Rule 230(g).

    Therefore, IT IS HEREBY ORDERED that the previously set hearing date of March 3, 2014 is VACATED, and no party shall appear at that time. As of March 3, 2014, the Court will take the matter under submission, and will thereafter issue its decision.

IT IS SO ORDERED.

Dated:  February 27, 2014                                     _____
                                                         SENIOR DISTRICT JUDGE