DOUGLAS S. LONG   SBN #207062
LAW OFFICE OF DOUGLAS S. LONG
1344 W. Laura Ct.
Visalia, CA 93277
Telephone: 559-260-5593
Facsimile:  559-636-0968
Email: dlongesq@comcast.net

Attorney for Plaintiffs,

Jeremiah Nation and Sonja Nation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| Jeremiah Nation, Sonja Nation, | ) Case No.  1:13-cv-01408-AWI-MJS |
|---|---|
| Plaintiffs, | ) **JOINT REQUEST TO CONTINUE INITIAL SCHEDULING CONFERENCE AND ORDER THEREON** |
| vs. | |
| Paula Abbiss , | |
| Defendant. | ) **Hearing Date: March 6, 2014**<br>           **Time: 11:30am**<br>       **Courtroom: 6** |
| | **Magistrate Judge Michael J. Seng** |

**JOINT REQUEST AND STIPULATION OF THE PARTIES**

IT IS HEREBY STIPULATED AND AGREED between Plaintiffs, JEREMIAH

NATION and SONJA NATION, and Defendant, PAULA ABBISS, by and through their

1

1 respective counsel of record (i.e., Douglas Long, Esq. and Daniel L. Wainwright, Esq.),

2 that in light of a pending Motion to Dismiss to be heard March 3, 2014, and with leave of

3 the Court, the Initial Scheduling Conference set for March 6, 2014 at 11:30am in

4 Courtroom 6 before the Honorable Magistrate Judge Michael J. Seng, be continued for 15

5 days, or as convenient for the Court, and that the time of initial disclosure be extended to

6

7 7 days after the Initial Scheduling Conference.

8 Dated: February 26, 2014

9 McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
10

11 By: /s/ Daniel L. Wainwright

12 Daniel L. Wainwright
Attorneys for Defendant, PAULA ABBISS
13

14 Dated: February 26, 2014

15 LAW OFFICE OF DOUGLAS S. LONG

16

17 By: /s/ Douglas S. Long

18 Douglas S. Long
Attorney for Plaintiffs, JEREMIAH NATION and SONJA NATION

19

20

21 **<u>ORDER OF COURT</u>**

22 The Court having considered the Joint Request of the Parties for continuance of

23 the Initial Scheduling Conference and finding GOOD CAUSE for same, hereby makes

24 the following ORDER:

25

2

1  The Initial Scheduling Conference in this case is continued to May 8, 2014 at
2  11:30 a.m. before Magistrate Judge Michael J. Seng in Courtroom 6, Fresno.  FRCP 26
3  Initial Disclosures shall be made within seven days after the May 8, 2015  hearing.
4
5
6  IT IS SO ORDERED.
7  Dated:   February 27, 2014             /s/ *Michael J. Seng*
8                                          UNITED STATES MAGISTRATE JUDGE