1  DOUGLAS S. LONG   SBN #207062
   LAW OFFICE OF DOUGLAS S. LONG
2  1344 W. Laura Ct.
   Visalia, CA 93277
3  Telephone: 559-260-5593
   Facsimile: 559-636-0968
4  Email: dlongesq@comcast.net

5  Attorney for Plaintiffs,

6  Jeremiah Nation and Sonja Nation

**FILED**

MAR 03 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| Jeremiah Nation, Sonja Nation,<br><br>    Plaintiffs,<br><br>vs.<br><br>Paula Abbiss,<br><br>    Defendant. | Case No. 1:13-cv-01408-AWI-MJS<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**<br><br>Hon. Anthony W. Ishii<br><br>Action Filed: August 30, 2013 |

**PLEASE TAKE NOTICE** that Plaintiffs JEREMIAH AND SONJA NATION ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss all claims in this action with prejudice as to Defendant PAULA ABBISS.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:
(a) Voluntary Dismissal.
    (1) By the Plaintiff.
        A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
            (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment

1 | Defendant has neither answered Plaintiff's Complaint, nor filed a motion for
2 | summary judgment. Accordingly, this matter may be dismissed with prejudice and
3 | without an Order of the Court.

Dated: February 27, 2014

LAW OFFICE OF DOUGLAS S. LONG

by: /s/ Douglas S. Long

DOUGLAS S. LONG

Attorney for Plaintiffs

It is so Ordered. Dated: 2-28-14

_____
United States District Judge

2
Case No. 1:13-cv-01408-AWI-MJS  NATION v ABBISS – VOLUNTARY DISMISSAL